

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00583-CV

**IN RE** Omar **ELIZONDO**, Ovidio Elizondo,
and Cynthia Elizondo Aradillas, Relators

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Irene Rios, Justice
              Lori Massey Brissette, Justice

Delivered and Filed: July 31, 2026

PETITION FOR WRIT OF MANDAMUS DENIED; EMERGENCY MOTIONS FOR TEMPORARY RELIEF DENIED AS MOOT

On July 28, 2026, relators Omar Elizondo, Ovidio Elizondo, and Cynthia Elizondo Aradillas filed a petition for writ of mandamus and motion for temporary relief. Relators have since filed additional motions for temporary relief. After considering relators' petition and the mandamus record, we conclude relators are not entitled to the relief sought. Accordingly, relators' petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relators' motions for temporary relief are denied as moot.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 12,620 styled *Omar Elizondo, Ovidio Elizondo, and Cynthia Elizondo Aradillas v. Hilcorp Energy Company and Predecessors, Eva Linda Paredes, and The Law Offices of Donato Ramos, PLLC*, pending in the 49th Judicial District Court, Zapata County, Texas, the Honorable Jack W. Marr presiding.